

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,
THE STATE OF FLORIDA, ex rel.,
FRANKA TIRADO and BRIAN SNYDER

     Plaintiffs,

vs.                                                          Case: 2:17-cv-201-FtM-99CM

PARK ROYAL HOSPITAL, ACADIA
HEALTHCARE, LEE HEALTH, MIKE           FILED IN CAMERA
HAM, and JOHN HULL                          AND UNDER SEAL

     Defendants.

_____/

NOTICE OF PARTIAL INTERVENTION FOR
THE PURPOSE OF SETTLEMENT AND MOTION TO UNSEAL

Under the False Claims Act ("FCA"), 31 U.S.C. §§ 3730(b)(2) and (4), the

United States of America elects to partially intervene in this action for the purpose of

settlement with Acadia Healthcare Company, Inc. ("Acadia"). The United States

intervenes as to allegations that between January 1, 2014 and December 31, 2017,

Acadia and Park Royal Hospital submitted or caused to be submitted false claims for

inpatient behavioral health services provided to Medicare, Medicaid, and TRICARE

beneficiaries at Park Royal resulting from Acadia and Park Royal's (i) admission of

beneficiaries who were not eligible for inpatient treatment, (ii) failure to properly

discharge beneficiaries when they no longer needed inpatient treatment,

(iii) improper and excessive lengths of stay, (iv) failure to provide adequate staffing,

training, and/or supervision of staff and prevent assaults, elopements, suicides, and other harm resulting from staffing failures, and (v) failure to provide inpatient acute care in accord with federal and state regulations, including, but not limited to, failure to provide active treatment, to develop and/or update individualized assessments and treatment plans, to provide adequate discharge planning, and to provide required individual and group therapy. The United States declines to intervene as to all other defendants and all other claims asserted in relators' complaint.

Under the terms of a proposed settlement agreement between the United States, the relator, and Acadia, the United States anticipates filing a notice of dismissal as to all claims on behalf of the United States and relator in this action. However, the state of Florida requires additional time to finalize the terms of its separate agreement and obtain approval from other participating states. The notice of dismissal will be filed after the settlements with the United States and the individual participating states have been executed and paid.

Accordingly, the United States requests an order:

1.      Unsealing the complaint, this notice, and the attached proposed order but retaining the seal on other papers previously filed in this case because those papers discuss the content and extent of the United States' investigation for the sole purpose of assisting the Court in evaluating whether to extend the seal and intervention period.

2.      Granting an extension of time through November 20, 2024, for the named plaintiff states to intervene in this action.

A proposed order accompanies this notice.

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ROGER HANDBERG
United States Attorney


By:    */s/ Lindsay Saxe Griffin*
       LACY R. HARWELL, JR.
       Assistant United States Attorney
       Florida Bar No. 714623
       LINDSAY SAXE GRIFFIN
       Assistant United States Attorney
       Florida Bar No. 72761
       400 North Tampa Street, Suite 3200
       Tampa, FL 33602
       Telephone No. (813) 274-6000
       Facsimile No. (813) 274-6200
       Randy.Harwell@usdoj.gov
       Lindsay.Griffin@usdoj.gov

       JAMIE ANN YAVELBERG
       ALLISON CENDALI
       SARAH M. ARNI
       Attorneys, Civil Division
       United States Department of Justice
       175 N Street NE, Room 10.1807
       Washington, DC  20002
       Telephone No.: 202-353-1233
       Email: Sarah.M.Arni@usdoj.gov

       Counsel for the United States

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2024, a true and correct copy of

the foregoing application was sent by email to the following parties:

R. Scott Oswald, Esq.
Janel Quinn, Esq.
The Employment Law Group, P.C.
1717 K Street NW, Suite 1110
Washington, D.C. 20006


/s/   *Lindsay Saxe Griffin*
Assistant United States Attorney

4