UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,
*ex rel.*, FRANKA TIRADO and
BRIAN SNYDER,

   Plaintiffs/Relator,

v.                                   Case No.: 2:17-cv-201-JLB-KCD

PARK ROYAL HOSPITAL,
ACADIA HEALTHCARE, LEE
HEALTH, MIKE HAM, and
JOHN HULL,

   Defendants.
_____/

## **ORDER**

The United States announced its decision to partially intervene for the purpose of settlement. (S-79.) Pursuant to 31 U.S.C. § 3730(b)(4), it is thus ordered that the relators' complaint (S-1), the United States' notice of intervention (S-79), and this Order shall be **UNSEALED**. All other papers and orders previously filed in this matter shall remain under seal, and the seal is vacated for all other matters occurring in this action after the day of this Order. The Unites States' separate request for an extension of time is **GRANTED**, and the State of Florida shall have until **November 20, 2024**, to intervene in this action.

      **DONE** and **ORDERED** in Fort Myers, Florida on September 24, 2024.

Kyle C. Dudek
United States Magistrate Judge