UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,
*ex rel.*, FRANKA TIRADO and
BRIAN SNYDER,

  Plaintiffs/Relator,

v.    Case No.: 2:17-cv-201-JLB-KCD

PARK ROYAL HOSPITAL,
ACADIA HEALTHCARE, LEE
HEALTH, MIKE HAM, and
JOHN HULL,

    Defendants.
_____/

## ORDER

Before the Court is the United States' unopposed motion to maintain the seal beyond the 90-day period set forth in Local Rule 1.11(e). (Doc. 91.) Seeing no opposition and finding good cause as set forth in the motion, the motion (Doc. 91) is **GRANTED**. All papers and orders in this matter that are under seal shall remain under seal until further order of this Court.

**DONE** and **ORDERED** in Fort Myers, Florida on March 31, 2025.

Kyle C. Dudek
United States Magistrate Judge